UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID WALD, Derivatively On Behalf of The Bank of America 401(k) Plan for Legacy Companies,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BANK OF AMERICA CORPORATION, THE BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE, BARBARA J. DESOER, BRIAN T. MOYNIHAN, CHARLES H. NOSKI and WILLIAM P. BOARDMAN,<br><br>　　　　　　　　Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Civil Action No. 12-cv-03217 (LGS) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

　　　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff David Wald hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

Dated:  April 4, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　**STULL, STULL & BRODY**

　　　　　　　　　　　　　　　　　　　　　By:　　s/Edwin J. Mills
　　　　　　　　　　　　　　　　　　　　　　　　Edwin J. Mills
　　　　　　　　　　　　　　　　　　　　　　　　emills@ssbny.com
　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Klein
　　　　　　　　　　　　　　　　　　　　　　　　mklein@ssbny.com
　　　　　　　　　　　　　　　　　　　　　　　　6 East 45th Street
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 687-7230
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 490-2022

2

Shelly A. Sanford
SANFORD LAW FIRM
sanford@sanfordpllc.com
16225 Park Ten Place, Suite 500
Houston, Texas 77084
Tel: (713) 524-6677
Fax: (713) 524-6611

Attorneys for Plaintiff